Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roy Easley, | Civil Action No: 2:17-cv-00475-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is

granted an extension of thirty days, through Wednesday, October 4, 2017, to file the Motion for

Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  09/01/2017                     / s / Joseph C. Fraulob
                                       Joseph C. Fraulob
                                       Attorney for Plaintiff


Dated:  09/01/2017                     / s / Adam Lazar
                                       Adam Lazar
                                       Special Assistant U.S. Attorney
                                       Attorney for Defendant

IT IS ORDERED.

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE